COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Cause number:        01-17-00803-CV

Style:               In the Estate of J. Richard Harrell, Deceased v.

Date motion filed:   December 6, 2017

Type of Motion:      Objection to Mediation

Party filing motion: Joint (Appellant/Appellee)

It is **ordered** that Joint (Appellant/Appellee) objection to mediation is granted. We withdraw our Mediation Order dated November 14, 2017.

Judge's signature: /s/   Laura C. Higley
                   X Acting individually    ☐ Acting for the Court

                   Panel consists of

Date:   December 8, 2017

\*       Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief. *See* TEX. R. APP. P. 10.3(a).

**Note**:  Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing. TEX. R. APP. P. 10.4(a).